JEFFREY A. COHEN (SBN 149615)
**COHEN BUSINESS LAW GROUP**
*A Professional Law Corporation*
10990 Wilshire Blvd., Suite 1025
Los Angeles, California 90024
Tel:   (310) 469-9600
Fax:  (310) 469-9610

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WELL GO USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SITU YUEHUA, individually, <br><br> Defendant. | Case No.: 23-CV-03900-DMR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Hon. Charles R. Breyer <br> Case filed: August 3, 2023 <br> Trial: none set |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(i), Plaintiff WELL GO USA, INC. voluntarily dismisses the above-entitled action, without prejudice. This notice of dismissal is filed with the Court prior to service by Defendant of either an Answer or a Motion for Summary Judgment.

Dated:  September 8, 2023

**COHEN BUSINESS LAW GROUP**
A Professional Corporation


By: /s/ Jeffrey A. Cohen
   **JEFFREY A. COHEN**
   *Attorneys for Plaintiff*
   WELL GO USA, INC.



**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

- 1 -